Devin MOSLEY, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. ED 100915

Missouri Court of Appeals,
Eastern District,
*DIVISION TWO.*

Filed: February 3, 2015

Rosalind Koch, Woodrail Centre, 1000 West Nifong, Building 7, Suite 100, Columbia, MO 65203, for Movant/Appellant.

Richard A. Starnes, P.O. Box 899, Jefferson City, MO 65102, for Respondent/Respondent.

1. All rule references are to Mo. R.Crim.

Before Sherri B. Sullivan, P.J., Mary K. Hoff, J., and Philip M. Hess, J.

*ORDER*

PER CURIAM.

Devin Mosley appeals from the motion court's judgment denying, following an evidentiary hearing, his amended Motion to Vacate, Set Aside or Correct Judgment and Sentence filed pursuant to Rule 29.15.[1] We have reviewed the briefs of the parties and the record on appeal and conclude the judgment of the motion court was not clearly erroneous. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).

P.2013, unless otherwise indicated.